**No. 49283.**—Protest 781991–G of Sambrooks, Ltd. (New York).

Opinion by TILSON, J. In accordance with agreement of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to such duties.